**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JERRY W. MOSELEY**                                                               **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.: 3:14-cv-95-MPM-JMV**

**WES SIGLER, ET AL.**                                                  **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and record of this action, the court finds that the Report and Recommendation [9] of the United States Magistrate Judge dated June 13, 2014, was on that date duly mailed to pro se plaintiff via USPS; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated June 13, 2014, is hereby approved and adopted as the opinion of the court;

2. That Plaintiff's motion for leave to proceed *in forma pauperis* [2] is hereby **DENIED**; and

3. That this case is hereby **DISMISSED** without prejudice.

**THIS**, the 16th day of July, 2014.

                                                              **/s/ MICHAEL P. MILLS**
                                                              **UNITED STATES DISTRICT JUDGE**
                                                              **NORTHERN DISTRICT OF MISSISSIPPI**